UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) No. CR. S-07-0146-DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DENYING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER |
| VANESSA BACHTELL, | ) |
| Defendant. | ) |

On April 26, 2007, Defendant was ordered detained after her arraignment on charges involving a methamphetamine distribution conspiracy. On August 22, 2007, Defendant moved for a review of her bail. After a hearing on August 27, 2007, Magistrate Judge Drozd denied Defendant's motion. Judge Drozd held that, while Defendant's drug-treatment program satisfied him as to Defendant's dangerousness, he was not satisfied that Defendant was not a flight risk without some security. On August 28, 2007, Defendant moved in this court to have the detention order revoked. This court has reviewed the circumstances presented and finds that they are not sufficient to permit release of the Defendant, because the risk of flight remains. Along with Judge Drozd the court believes that there must be some specific security provision before release is granted. The Court DENIES Defendant's motion without prejudice.

IT IS SO ORDERED.

September 12, 2007

D. Lowell Jensen
United States District Judge