1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   VANESSA BACHTELL
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,    )  No. CR. S-07-0146 DLJ
                                  )
13 |          Plaintiff,           )
                                  )  STIPULATION AND ORDER CONTINUING
14 |     v.                        )  STATUS CONFERENCE AND EXCLUDING
                                  )  TIME
15 | VANESSA BACHTELL et al.,     )
                                  )  Date:  October 23, 2007
16 |          Defendants.          )  Time:  9:00 a.m.
                                  )  Judge: Hon. D. Lowell Jensen
17 | _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

20 States of America, and defendant, VANESSA BACHTELL, through her

21 attorney, Timothy Zindel, Assistant Federal Defender; defendant, LARRY

22 BATES, through his attorney, Robert Holley; defendant, DUANE DIXON,

23 through his attorney, J. Toney; and defendant, ANTONIO MELGOZA-

24 GUERRERO, through his attorney, Irvin Simons, that the status

25 conference presently scheduled for October 23, 2007 may be continued to

26 December 4, 2007 at 9:00 a.m.

27      The above case is a four-defendant case.  Defense counsel for

28 VANESSA BACHTELL is awaiting pertinent information from the probation

office.  J. Toney, counsel for DUANE DIXON, will be out of the country until November.  Robert Holley, counsel for LARRY BATES, is scheduled for surgery next week and is not expected to be fully recovered until late November.  Additional time is requested for preparation and ongoing factual investigation.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 4, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 18, 2007  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for VANESSA BACHTELL

/s/ Robert Holley
ROBERT HOLLEY
Attorney for LARRY BATES

/s/ J. Toney
J. TONEY
Attorney for DUANE DIXON

/s/ Irvin Simons
IRVIN SIMONS
Attorney for ANTONIO MELGOZA-GUERRERO

Dated: October 18, 2007  /s/ Leslie Monahan
LESLIE MONAHAN
Special Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to December 4, 2007.  The court

finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 4, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: October 22, 2007

/s/ D. Lowell Jensen
HON. D. LOWELL JENSEN
United States District Judge