1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   VANESSA BACHTELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-07-0146 DLJ |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE AND EXCLUDING |
| | ) TIME |
| VANESSA BACHTELL et al., | ) |
| | ) Date: December 4, 2007 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. D. Lowell Jensen |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, VANESSA BACHTELL, through her attorney, Timothy Zindel, Assistant Federal Defender; defendant, LARRY BATES, through his attorney, Robert Holley; defendant, DUANE DIXON, through his attorney, J. Toney; and defendant, ANTONIO MELGOZA-GUERRERO, through his attorney, Irvin Simons, that the status conference presently scheduled for December 4, 2007 may be continued to January 22, 2008 at 9:00 a.m.

The above case is a four-defendant case. Defense counsel for VANESSA BACHTELL has had preliminary discussions regarding resolution

of the case and additional factual investigation is needed that may bear on the resolution.  J. Toney, counsel for DUANE DIXON, has been out of the country and needs additional time to conduct ongoing investigation.  Robert Holley, counsel for LARRY BATES, has not fully recovered from surgery and is unavailable.  Additional time is requested for preparation and ongoing factual investigation.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through January 22, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated: November 30, 2007        /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for VANESSA BACHTELL


                                              /s/ Robert Holley
                                              ROBERT HOLLEY
                                              Attorney for LARRY BATES


                                              /s/ J. Toney
                                              J. TONEY
                                              Attorney for DUANE DIXON


                                              /s/ Irvin Simons
                                              IRVIN SIMONS
                                              Attorney for ANTONIO MELGOZA-GUERRERO


Dated: November 30, 2007        /s/ Leslie Monahan
                                              LESLIE MONAHAN
                                              Special Assistant U.S. Attorney
                                              Attorney for Plaintiff

///

///

**O R D E R**

The status conference is continued to January 22, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: December 3, 2007

/s/ D. Lowell Jensen
HON. D. LOWELL JENSEN
United States District Judge