```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    VANESSA BACHTELL
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR. S-07-0146 DLJ
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
14      v.                         ) STATUS CONFERENCE AND EXCLUDING
                                   ) TIME
15  VANESSA BACHTELL et al.,       )
                                   ) Date:  January 22, 2008
16              Defendants.        ) Time:  9:00 a.m.
                                   ) Judge: Hon. D. Lowell Jensen
17  _____)

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

20  States of America, and defendant, VANESSA BACHTELL, through her

21  attorney, Timothy Zindel, Assistant Federal Defender; defendant, LARRY

22  BATES, through his attorney, Robert Holley; defendant, DUANE DIXON,

23  through his attorney, J. Toney; and defendant, ANTONIO MELGOZA-

24  GUERRERO, through his attorney, Irvin Simons, that the status

25  conference presently scheduled for January 22, 2008 may be continued to

26  February 19, 2008 at 9:00 a.m.

27       The above case is a four-defendant case.  Defense counsel for

28  VANESSA BACHTELL will be unavailable on the presently scheduled date.
```

Additionally, he has been unable to confer with his client due to her recent transfer to another facility in Grass Valley and seeks additional time to interview with her. Additional time is requested by all parties for defense preparation and ongoing factual investigation.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through February 19, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 16, 2008     /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for VANESSA BACHTELL


                            /s/ Robert Holley
                            ROBERT HOLLEY
                            Attorney for LARRY BATES


                            /s/ J. Toney
                            J. TONEY
                            Attorney for DUANE DIXON


                            /s/ Irvin Simons
                            IRVIN SIMONS
                            Attorney for ANTONIO MELGOZA-GUERRERO


Dated:  January 16, 2008    /s/ Leslie Monahan
                            LESLIE MONAHAN
                            Special Assistant U.S. Attorney
                            Attorney for Plaintiff

///

///

///

///

**O R D E R**

The status conference is continued to February 19, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 19, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: January 17, 2008

_____
HON. D. LOWELL JENSEN
United States District Judge