```
McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. S 07-0146 DLJ |
| Plaintiff, | ) |
| v. | ) ORDER |
| VANESSA BACHTELL, et al., | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED**: That the status conference set for February 26, 2008, is VACATED, and a new status conference date of March 4, 2008, is scheduled. It is further ORDERED that the time under the Speedy Trial Act between February 26, 2008, and March 4, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of justice.

Dated: February 22, 2008

Honorable D. Lowell Jensen

2