McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 07-0146 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND EXCLUDING |
| LARRY BATES et al., | ) | TIME |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America

through its undersigned counsel, Leslie Monahan, Special

Assistant United States Attorney, together with the defendants

and their counsel, Robert Holley, J. Toney and Irvin Simons, that

the status conference currently scheduled for Tuesday, July 15,

2008, be vacated and a new status conference be scheduled on

Tuesday, August 19, 2008.

It is further stipulated and agreed between the parties that

the time under the Speedy Trial Act should be excluded from

today's date to, August 19, 2008, under Local Code T4, Title 18,

1

United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to consider plea agreements and negotiate with the United States.

Dated: July 14, 2008                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        U.S. Attorney

                                        /s/ Leslie Monahan
                                        LESLIE MONAHAN
                                        Special Assistant U.S.Attorney




Dated: July 14, 2008                    /s/ Robert Holley
                                        ROBERT HOLLEY
                                        Attorney for LARRY BATES


                                        /s/ J. Toney
                                        J. TONEY
                                        Attorney for DUANE DIXON


                                        /s/ Irvin Simons
                                        IRVIN SIMONS
                                        Attorney for ANTONIO MELGOZA-
                                        GUERRERO

McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 07-0146 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY BATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY ORDERED:**   That the status conference set for July 15, 2008, is VACATED, and a new status conference date of August 19, 2008,  is scheduled. It is further ORDERED that the time under the Speedy Trial Act between July 15, 2008, and August 19, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of justice.

Dated: 7/14/2008

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE