**Robert M. Holley (SBN 50769)**
**Attorney at law**
**State Bar No. 50769**
**331 J Street, Suite #200**
**Sacramento, California 95814**
**Telephone: (916) 443-2213**

**Attorney for Defendant LARRY BATES**

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CRS.07-0146 JAM |
| Plaintiff, | ) STIPULATION AND |
| v. | ) ORDER CONTINUING STATUS CONFERENCE |
| LARRY BATES, et al., | ) |
| Defendants. | ) |

## STIPULATION

The defendants and each of them need additional time to consider the proposed plea agreements and Mr. Simmons is presently indisposed in a murder preliminary hearing in the San Francisco Bay Area and will not be available for the presently scheduled status conference set for Tuesday, August 26, 2008 at 8:30 a.m. It is hereby stipulated by and between the parties hereto through their respective counsel that the August 26th status conference be continued to **Tuesday, September 9, 2008 at 9:30 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Code T4) through September 17, 2008 due to

complexity of the case, and in the interest of justice and Title 18 U.S.C. Section 3161 (h)(8)(B)(iv), to give the defendants time to consider plea agreements and to further negotiate with the government if the same becomes advisable. .

**Dated: August 25, 2008**

*/s/ Ms. Leslie Monahan, Esq. (by RMH)*
**MS. LESLIE MONAHAN
Special Assistant United States Attorney
Counsel the UNITED STATES**

*/s/ Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY, Esq.
Counsel for MR. LARRY BATES**

*/s/ Mr. J. Toney, Esq. (by RMH)*
**MR. J. TONEY, Esq.
Counsel for MR. DUANE DIXON**

*/s/ Mr. Irvin Simons, Esq. (by RMH)*
**MR. IRVIN SIMMONS, Esq.
Counsel for MR. ANTONIO MELGOZA-GUERRERO**

**ORDER**

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.**

**DATED: August 25, 2008**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE**