```
Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone: (916) 443-2213


Attorney for Defendant LARRY BATES
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS 07-146 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| LARRY BATES, *et al.* | |
| Defendant. | |

## STIPULATION

All parties are in the process of reviewing trial discovery and negotiating pleas if possible. More time is needed. IT IS HEREBY STIPULATED by and between the parties hereto that the status conference time presently scheduled for Tuesday, December 16, 2008 be continued to Tuesday, **January 13, 2009 at 9:30 a.m.** for plea or set.

It is further stipulated that the time included in this stipulation i.e. from December 16, 2008 up to and including January 13, 2009 be excluded pursuant to the Federal Speedy Trial Act as excludable delay pursuant to Title 18 U.S.C. Section 3161(h)(8)(ii)(Local Codes T2 and T4) due to complexity of the case, the interest of justice, time

for counsel to prepare, and consideration of plea offers.

**Dated:   December 12, 2008**

**/s/ Ms. Leslie Monahan, Esq. (by RMH)**
**Ms. Leslie Monahan, Esq.**
**Special Assistant United States Attorney**
**Counsel for the United States**

**/s/ Mr. Robert M. Holley, Esq.**
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. LARRY BATES**

**/S/ MR. J. TONEY, Esq. (by RMH)**
**Mr. J. Toney, Esq.**
**Counsel for Mr. Duane Dixon**

## ORDER

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, ARE SO ORDERED.**

**Dated: 12/12/2008**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT COURT JUDGE**